JILL H. FORD
Chapter 7 Panel Trustee

P.O. Box 5845
CAREFREE, AZ  85377

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 |
| BOWMAN, RICHARD G | Case No. <u>17-06938-PHX EPB</u> |
| | NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY |
| Debtor(s) | |

NOTICE IS GIVEN THAT <u>JILL H. FORD</u>, Trustee, proposes to abandon the following-described property on the grounds that it is burdensome and of inconsequential value to the estate:  REAL PROPERTY AT 18811 N. 19TH AVENUE #2007, PHOENIX, AZ;

2012 TOYOTA CAMRY.


Any person opposing the abandonment shall file a written objection and request for a hearing within 21 days of the date of mailing of this notice.  The date can be obtained by a review of the court docket.  The objection shall be filed with the United States Bankruptcy Court, 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706.  A copy of the objection shall be mailed forthwith to the Trustee at the following address:


TRUSTEE: <u>JILL H. FORD, P.O. Box 5845, CAREFREE, AZ 85377</u>


If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.


| July 27, 2017 | /s/ Jill H. Ford |
|---|---|
| Date | JILL H. FORD, Trustee |