IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IIn re: | ) | CHAPTER 7 |
| | ) | |
| RICHARD G BOWMAN | ) | Case No. 2:17−bk−06938−EPB |
| | ) | |
| | ) | |
| Debtor(s) | ) | **ORDER APPROVING EMPLOYMENT** |
| | ) | **OF INTERNET AUCTIONEER** |

Pursuant to the provisions of 11 U.S.C. Section 327(a), and the Application for Appointment of Internet Auctioneer by the Trustee, for <u>BKAssets.com, LLC</u> to serve as an Internet auctioneer, and good cause appearing, said application is herein approved.

**Description of assets to be sold:** ESTATE'S INTEREST IN One 0.04 acre lot of raw, unimproved land located in Maricopa County, AZ – parcel #400-26-063. Located at approximately215 South 5th Street, Buckeye, AZ 85326. Current Year Taxes Due: $74.65, Tax Lien Amount: $911.66 (As of 7/27/17).

It is further ordered that upon completion of the Internet auction sale utilizing the Internet venue, a report of sale shall be submitted to the Trustee and filed with the Court. Internet Auctioneer's fees shall not exceed <u>10% (ten)</u> percent of the gross sales price received by the trustee. In addition, the Internet Auctioneer must provide an itemization of Auctioneer's Expenses (not to exceed $250) which is subject to Court approval thereof.