IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 7 |
| | ) |
| RICHARD G BOWMAN | ) CASE NO. 11-08504-RTB |
| | ) |
| | ) TRUSTEE'S MOTION TO SELL RAW |
| | ) UN-IMPROVED LAND UTILIZING THE |
| | ) INTERNET WITH NEGATIVE NOTICE |
| Debtor(s). | ) TO CREDITORS |

**JILL H. FORD**, Chapter 7 trustee, hereby moves the Court to approve the sale of raw, un-improved real estate utilizing the Internet without a hearing, but by giving the creditors of the estate 21 day negative notice.

The Debtor owns *Parcel # 400-26-063 of raw, un-improved land in Maricopa County, AZ.* The Trustee desires to sell the land utilizing the Internet to give the land maximum exposure. The land will be sold as is, where is with no warranties implied or stated. The trustee intends to transfer the property with only a Trustee's deed.

The Trustee believes in her best judgment this is the best way to sell this parcel. Further, the Trustee believes the sale does not warrant an actual hearing before the Court unless a creditor files an objection to the Notice of Sale. The Notice of Sale will provide creditors 21 days to object and an opportunity for a hearing.

Respectfully submitted this 3rd day of August, 2017 by:

*/s/ JILL H. FORD*
Chapter 7 Trustee
P.O. Box 5845
Carefree, AZ
(480) 575-8250