IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re. | ) CHAPTER 7 |
| | ) |
| | ) CASE NO. 2:17−bk−06938−EPB |
| RICHARD G BOWMAN | ) |
| | ) ORDER APPROVING TRUSTEE'S |
| | ) MOTION TO SELL RAW |
| | ) UN-IMPROVED LAND UTILIZING |
| Debtor(s) | ) THE INTERNET WITH NEGATIVE |
| | ) NOTICE TO CREDITORS |

**JILL H. FORD**, Chapter 7 Trustee, having moved the Court to approve the sale of *Parcel # 400-26-063 of raw, un-improved land in Maricopa County, AZ* utilizing the Internet without a hearing, but by giving the creditors of the estate 21 day negative notice; and for good appearing.

IT IS HEREBY ORDERED, approving the Trustee's Motion to allow the Trustee to sell the above mentioned land utilizing a 21-day negative notice procedure.